**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 13-1682 _____

Finjan, Inc.
_____

v.

Symantec Corp., Websense, Inc., and Sophos, Inc.,
_____

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Finjan, Inc.
_____

Party is (select one)      ☑ Appellant/Petitioner        ☐ Cross-Appellant
                           ☐ Appellee/Respondent         ☐ Intervenor

Tribunal appealed from and Case No. U.S. District Court for the Dist. of Delaware, 10-593-GMS
_____

Date of Judgment/Order  12/21/2012      Type of Case  Civil - Patent Infringement

Relief sought on appeal  Reversal of the finding of invalidity of claims 1-2, 32, 35-37, 58, and 65-66 of U.S. Patent No. 6,092,194 and claims 1, 5-6, 12, 15, 21, 33, 37-38, 45, 52 and 55 of U.S. Patent No. 6,480,962, in the alternative a new trial on the validity of the above listed claims.

Relief awarded below (if damages, specify) _____
None.

Briefly describe the judgment/order appealed from _____
12/21/12 Judgment; 9/9/13 Memorandum Opinion; 12/21/12 Jury Verdict; all instructions provided to the jury by the Court, including the 12/3/12 Preliminary Jury Instructions, the 12/20/12 Final Jury Instructions, and any additional instructions provided by the Court during the trial.

_____

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____
None.

_____

Brief statement of the issues to be raised on appeal _____
Without waiving the right to raise additional issues, Finjan, Inc. states that the issues on appeal include, but are not limited to: validity of claims 1-2, 32, 35-37, 58, and 65-66 of U.S. Patent No. 6,092,194 and claims 1, 5-6, 12, 15, 21, 33, 37-38, 45, 52 and 55 of U.S. Patent No. 6,480,962, or in the alternative a new trial on the validity of the above listed claims.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom? _____

_____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

If you answered no, explain why not
Claims of U.S. Patent Nos. 6,480,962 and 6,092,194 are currently found invalid.

Provide any other information relevant to the inclusion of this case in the court's mediation program.
None.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 9th day of October, 2013

by: Appellate ECF and by electronic mail
(manner of service)

Paul J. Andre                                    /s/ Paul J. Andre
Name of Counsel                              Signature of Counsel

Law Firm  Kramer Levin Naftalis & Frankel LLP

Address  990 Marsh Road

City, State, ZIP  Menlo Park, CA 94025

Telephone Number  650-752-1700

FAX Number  650-752-1800

E-mail Address  pandre@kramerlevin.com

# PROOF OF SERVICE

The undersigned hereby certifies that on October 9, 2013, a copy of the foregoing documents:

**ENTRY OF APPEARANCE – PAUL ANDRE**
**APPELLANT'S CERTIFICATE OF INTEREST**
**APPELLANT'S DOCKETING STATEMENT**

were filed electronically with the Clerk of the Court using the Appellate CM/ECF System, which will send a Notice of Docket Activity via electronic mail to all counsel of record. Additionally, a copy of the foregoing documents were served upon counsel for each of the Defendants-Appellees via electronic mail listed below:

| | |
|---|---|
| Jack B. Blumenfeld<br>Maryellen Noreika<br>MORRIS NICHOLS ARCHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19889<br>jblumenfeld@mnat.com<br>MNATSymantec_Finjan@mnat.com<br><br>*Attorneys for Defendant-Appellee*<br>*Symantec Corporation* | Thomas C. Grimm<br>Jeremy A. Tigan<br>MORRIS NICHOLS ARCHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19889<br>tcgefiling@mnat.com<br>Websense_Finjan@mnat.com<br><br>*Attorneys for Defendant-Appellee*<br>*Websense Inc.* |

Denise S. Kraft
Aleine Porterfield
Brian A. Biggs
DLA PIPER LLP
919 N. Market Street
Suite 1500
Wilmington, DE  19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
brian.briggs@dlapiper.com
sophos@dlapiper.com

*Attorneys for Defendant-Appellee Sophos Inc.*

Mark D. Baker
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York, NY  10010
Finjan-Symantec@quinnemanuel.com

*Co-Counsel for Defendant-Appellee Symantec Corp.*

John S. Kyle
Anthony M. Stiegler
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121
Websense-Finjan@cooley.com

*Co-Counsel for Defendant-Appellee Websense Inc.*

David A. Nelson
Aaron Perez-Daple
QUINN EMANUEL URQUHART & SULLIVAN
500 West Madison Street, Suite 2450
Chicago, IL  60661
Finjan-Symantec@quinnemanuel.com

*Co-Counsel for Defendant-Appellee Symantec Corp.*

Jennifer A. Kash
Sean S. Pak
Howard Chen
Sam Stake
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, CA  94111
Finjan-Symantec@quinnemanuel.com

*Co-Counsel for Defendant-Appellee Symantec Corp.*

| | |
|---|---|
| John Allcock<br>Kathryn Riley Grasso<br>Ryan W. Cobb<br>Ann A. Parmley<br>Sean C. Cunningham<br>Melissa W. Puckett<br>DLA PIPER LLP<br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>john.allcock@dlapiper.com<br>kathryn.riley@dlapiper.com<br>ryan.cobb@dlapiper.com<br>aimee.parmley@dlapiper.com<br>sean.cunningham@dlapiper.com<br>melissa.puckett@dlapiper.com<br>sophos@dlapiper.com<br><br>*Co-Counsel for Defendant-Appellee Sophos Inc.* | Carrie L. Williamson<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA  94303-2215<br>carrie.williamson@dlapiper.com<br>sophos@dlapiper.com<br><br>*Co-Counsel for Defendant-Appellee Sophos Inc.*<br><br>Todd S. Patterson<br>DLA PIPER LLP (US)<br>401 Congress Avenue, Suite 2500<br>Austin, TX  78701<br>todd.patterson@dlapiper.com<br>sophos@dlapiper.com<br><br>*Co-Counsel for Defendant-Appellee Sophos Inc.* |
| Dated: October 9, 2013 |   */s/ Paul J. Andre*<br>        Paul J. Andre |